1
2
3
4
5

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE KAY JACKSON-NUGENT, ) | Case No.: 1:12-cv-01570-SKO |
| ) | |
| ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, ) | **PROCEED IN FORMA PAUPERIS** |
| ) | |
| v. ) | |
| ) | (Doc. 3) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff Jacqueline Kay Jackson-Nugent filed a complaint on September 24, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.   Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.   The Clerk of Court is DIRECTED to issue a summons; and

3.   The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   September 26, 2012         /s/ Sheila K. Oberto**
                     UNITED STATES MAGISTRATE JUDGE